JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Defendant

STEPHEN J. DUGGAN
Law Offices
250 Healdsburg Ave., Suite 201
Healdsburg, CA 95448
(707) 473-2800
(707) 473-2801 (Fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA A. OUTLAW, | No. 09-3262 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES | |
| Defendant. | |

## STIPULATION

The parties, plaintiff Martha Outlaw and defendant John Potter, Postmaster General of the United States of America, hereby stipulate to the following:

STIPULATION & [PROPOSED] ORDER RE: DEF.'S TIME TO
RESPOND TO COMPL. & CONTINUING INITIAL CMC
09-3262 MMC

1. Pursuant to the July 16, 2009 Order Setting Initial Case Management Conference and ADR Deadlines, the initial case management conference in the above-captioned case is currently set for October 23, 2009 at 10:30 a.m., and the joint case management statement is due on October 16, 2009.

2. Plaintiff mailed the Summons and Complaint in the above-captioned case to the undersigned counsel for defendant on September 14, 2009. The undersigned counsel for defendant agrees to accept service of the Summons and Complaint in the above-captioned case for defendant.

3. The parties agree that defendant's response to the Complaint in the above-captioned case is due by November 13, 2009.

4. To allow defendant sufficient time to review the case prior to the case management conference and prior to conferring with plaintiff's counsel regarding ADR selection, discovery matters and other issues relevant to the case management conference, subject to the Court's approval, the parties further agree and stipulate to continue the initial case management conference to December 18, 2009, at 10:30 a.m. The parties jointly request that all other deadlines set in the July 16, 2009 Order Setting Initial Case Management Conference and ADR Deadlines be continued accordingly.

IT IS SO STIPULATED.

DATED: September __, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JENNIFER S WANG
Assistant United States Attorney

DATED: September 16, 2009

STEPHEN J. DUGGAN
Attorney for Plaintiff

STIPULATION & [PROPOSED] ORDER RE: DEF.'S TIME TO
RESPOND TO COMPL. & CONTINUING INITIAL CMC
09-3262 MMC                                            2

## ~~[PROPOSED]~~ ORDER

The Court orders that the initial case management conference in the above-captioned case currently set for October 23, 2009 at 10:30 a.m., be continued to December 18, 2009 at 10:30 a.m. The joint case management statement is due on December 11, 2009. Counsel for the parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) prior to the case management conference.

IT IS SO ORDERED.

Dated: <u>September 21, 2009</u>

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER RE: DEF.'S TIME TO
RESPOND TO COMPL. & CONTINUING INITIAL CMC
09-3262 MMC                                3