1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (SBN 233155)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, CA 94102-3495
       Telephone: 415 436-6967
6      Fax: 415 436-6748
       Email: jennifer.s.wang@usdoj.gov
7
   Attorneys for Defendant

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | MARTHA A. OUTLAW,              | Docket No. C09-3262 MMC
13 |                                |
   |              Plaintiff,        |
14 |                                | **STIPULATION AND [PROPOSED]**
   | v.                             | **ORDER OF DISMISSAL WITH**
15 |                                | **PREJUDICE**
   | JOHN E. POTTER,                |
16 |                                |
   |              Defendant.        |

17       THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE
18 FOLLOWING STIPULATION:
19       Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff MARTHA A. OUTLAW
20 and defendant JOHN E. POTTER hereby stipulate to dismiss with prejudice the above-
21 captioned action, including all claims that were asserted therein. Each party will bear its own
22 costs and attorneys fees.
23

24 DATED: 2/2/2010           By: /s/ Martha Outlaw
25                               MARTHA OUTLAW
                                 Plaintiff
26
27 DATED: 01-30-2010         By: /s/ Stephen J. Duggan
                                 STEPHEN J. DUGGAN
28                               Attorney for Plaintiff

```
                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

DATED: 3/12/10            By: /s/ Jennifer S. Wang
                                    JENNIFER S. WANG
                                    Assistant United States Attorney
                                    Attorneys for Defendant
```

## [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 15, 2010

/s/ Maxine M. Chesney
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE