JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JENNIFER S WANG (SBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: 415 436-6967
    Fax: 415 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA A. OUTLAW,<br><br>              Plaintiff,<br><br>v.<br><br>JOHN E. POTTER,<br><br>              Defendant. | Docket No. C09-3262 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff MARTHA A. OUTLAW and defendant JOHN E. POTTER hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys fees.

DATED: 2/2/2010      By: _____
                                    MARTHA OUTLAW
                                    Plaintiff

DATED: 01-30-2010      By: _____
                                      STEPHEN J. DUGGAN
                                      Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 3/12/10    By: /s/ Jennifer S. Wang
JENNIFER S. WANG
Assistant United States Attorney
Attorneys for Defendant

## [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 15, 2010

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No. C09-3262 MMC                             2